UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

T.W.,

          Plaintiff,

    v.

COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, et al.,

          Defendants.

Case No. 24-cv-01692-NC

**ORDER TO SHOW CAUSE REGARDING PLAINTIFF'S OPENING BRIEF**

Plaintiff T.W. filed a complaint against the Commissioner of the Social Security Administration on March 18, 2024.  ECF 1.  The same day, the Court issued its social security procedural order, which lists important dates and timelines for the case.  ECF 3.  Relevant here, the Commissioner had 60 days after receiving notice of the lawsuit to file a copy of the administrative record.  *Id.*  Once the administrative record was filed, T.W. had 30 days to file an opening brief describing the relief she is requesting.  *Id.*  An opening brief is a different document from the complaint T.W. filed to start the case.

Here, the Commissioner filed a copy of the administrative record on May 17, 2024.  ECF 7.  It has been more than 30 days and T.W. has not filed her opening brief with the Court.  The Court wishes to move this case forward efficiently.  By September 20, 2024, T.W. must either file her opening brief or file an explanation of the delay.

The Federal Pro Se Program at the San Jose Courthouse is a helpful resource for self-represented parties.  **T.W. may seek help from the Federal Pro Se Program, which provides free information and limited-scope legal advice.**  The Program is available by phone appointment at (408) 297-1480.  There are also online resources available on the Court's webpage (https://www.cand.uscourts.gov/pro-se-litigants/).

**IT IS SO ORDERED.**

Dated: August 23, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge